UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT (HPD),<br><br>Defendant. | 25-CV-9616 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION AND COMPLAINT |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff John Doe brings this action *pro se*. He initiated the matter by filing a motion to proceed with a pseudonym; he did not file a complaint, pay the $405.00 in filing fees, or request that the fees be waived. As set forth below, the Court directs Plaintiff, within 30 days of the date of this order, to (1) submit a signed complaint; (2) either pay the filing fees or file an *in forma pauperis* ("IFP") application requesting that the fees be waived; and (3) consent to accept electronic service or provide an address or record. In the alternative, Plaintiff may move to withdraw this action without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

**DISCUSSION**

**A. Complaint**

Rule 3 of the Federal Rules of Civil Procedure provides that a new civil action is only properly commenced with the filing of a complaint. *See* Fed. R. Civ. P. 3. Therefore, to proceed with this action, Plaintiff must submit a signed complaint to the court within 30 days of the date of this order. In the complaint, Plaintiff must provide a short and plain statement that places Defendant on notice of the claims against it. *See* Fed. R. Civ. P. 8(a).

Because Plaintiff seeks to proceed with a pseudonym, he must include two complaints. The first complaint will include his true name in the caption of the complaint, be signed with his true name, and include on the front page of the complaint, "FILED UNDER SEAL." The second complaint will include his pseudonym, John Doe, in the caption of the complaint, and be signed John Doe; this second complaint will be filed on the public docket.

**B. Filing Fees**

To proceed with a civil action in this court, a plaintiff must pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request to proceed IFP, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff submitted the complaint without the filing fees or an IFP application.

Plaintiff is directed, within 30 days of the date of this order, to pay the $405.00 in fees or submit a completed and signed IFP application. If Plaintiff submits an IFP application, this submission must be completed using Plaintiff's true name, be signed using Plaintiff's true name, and include on the front page of the complaint, "FILED UNDER SEAL." An IFP application is attached to this order.

**C. Address**

Plaintiff commenced this action without providing an address of record for service. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number." Fed. R. Civ. P. 11(a). Moreover, a standing order in this district provides that "[i]t is a party's obligation to provide an address for service . . . ." *In Re: Cases Filed By Pro Se Plaintiffs, This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y.

Mar. 18, 2024) ("Standing Order"); *see also Electronic Case Filing Rules*, Rule 8.2 ("Electronically filed documents must include a signature block and must set forth the name, address, telephone number and e-mail address all in compliance with the Federal Rules of Civil Procedure and Local Civil Rule 11.1.").

Plaintiff submitted his motion by emailing the submission to the Clerk's Office. If Plaintiff intends to continue using his email to litigate this action, he must consent to accept electronic service. A consent form is attached. If Plaintiff consents to accept electronic service, he will no longer receive copies of court documents by postal mail. If he does not consent to electronic service, he must submit the Notice of Change of Address with a current address and the notation, "FILED UNDER SEAL." A Notice of Change of Address form is attached.

**CONCLUSION**

Plaintiff is directed, within 30 days of the date of this order, to file two copies of his complaint. The first complaint will include his true name in the caption of the complaint, be signed with his true name, and include on the front page of the complaint, "FILED UNDER SEAL." The second complaint will include John Doe in the caption and be signed John Doe; this second complaint will be filed on the public docket.

Plaintiff also is directed to pay the $405.00 in fees or submit a completed and signed IFP application. If Plaintiff submits an IFP application, this submission must be completed using Plaintiff's true name, be signed using Plaintiff's true name, and include on the front page of the complaint, "FILED UNDER SEAL." An IFP application is attached to this order.

Finally, Plaintiff must consent to accept electronic service by completing the attached form or complete the attached Notice of Change of Address form.

Any form that Plaintiff submits must include docket number 25-CV-9616 (LTS).

In the alternative to continuing with this lawsuit, Plaintiff may move to withdraw the action without prejudice, under Rule 41(a) of the Federal Rules of Civil Procedure.

The Court denies Plaintiff's motion to proceed with a pseudonym without prejudice to his refiling the motion when he files his complaint. The Court directs the Clerk of Court to terminate the motion at ECF 1.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Clerk of Court is directed to email a copy of this order to Plaintiff at the email address he used to submit his motion: jonathandoe2153@gmail.com.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: July 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

________________________________________
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

________________________________________

________________________________________
(full name(s) of the defendant(s)/respondent(s))

______ CV ____________ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: ______________________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ________________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________________

   If "no," what was your last date of employment? __________________

   Gross monthly wages at the time: ____________________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated

Signature

Name (Last, First, MI)

Prison Identification # (if incarcerated)

Address

City

State

Zip Code

Telephone Number

E-mail Address (if available)

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_______________________________________________

_______________________________________________
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_______________________________________________

_______________________________________________
(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_________ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

______________________ ______________________
Date Signature

_______________________________________________
Name (Last, First, MI) Prison Identification # (if incarcerated)

_______________________________________________
Address City State Zip Code

______________________ ______________________
Telephone Number E-mail Address (if available)